

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00797-CV

Siyan Klashi **MINNFEE**,
Appellant

v.

**ARTISTIC REMODELING LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV03883
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

Because appellant appears to be indigent, no costs of this appeal are assessed against her.

SIGNED January 10, 2024.

Luz Elena D. Chapa, Justice